792

**UNITED STATES of America, Defendant, Appellant, v. Robert O. BRIGHAM, Plaintiff, Appellee.**

**No. 3711.**

Circuit Court of Appeals, First Circuit.

Sept. 16, 1941.

Edmund J. Brandon, U. S. Atty., and George F. Garrity, Asst. U. S. Atty., both of Boston, Mass., for appellant.

S. R. Wrightington, of Boston, Mass., for appellee.

PER CURIAM.

Upon motion of appellant, it is ordered that this case be docketed, and it is further ordered that the appeal herein, 38 F. Supp. 625, be, and the same hereby is, dismissed without costs to either party.